## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

-vs-

**DARREL KISTLER,**

Defendant.

Case No. 3:20 CR 86

JUDGE ZOUHARY

**SENTENCING MEMORANDUM**

David Klucas (0041188)
1900 Monroe Street
Toledo, Ohio 43604
PH: (419) 255-1102
FX: (419) 255-1415
Davek@buckeye-access.com
Attorney for Defendant Darrel Kistler

Now comes Defendant Darrel Kistler, through counsel, who submits the following

Sentencing Memorandum:

### Introduction

On 1 September 2021, Mr. Kistler pled guilty to Aiding and Abetting Bribery, 18 U.S.C.

§666(a)(1)(B), the sole count in a superseding Information filed the same day.  There is a plea

agreement between the parties (Doc. 48).  The charges arise out of Mr. Kistler's arrest for

soliciting prostitution on 19 August 2015 and a $7,000.00 payment to Sam Crish, then the sheriff

of Allen County, Ohio on 25 September 2015.  A final Pre-Sentence Report was filed on 16

December 2021 (Doc. 50).  Mr. Kistler has no objections to the Pre-Sentence Report.  Sentencing is scheduled for 6 January 2022.

**<u>Nature & Circumstances of the Offense</u>**

On 19 August 2015, Mr. Kistler responded to a Backpage.com ad in the female escorts section inviting him to "sneak away & come play" and other suggestive entreaties, accompanied by equally suggestive photographs.  The ad's author was "Erica."  A recorded phone call between Darrel and Erica reveals them agreeing to fifty dollars for no more than thirty minutes, but the call does not say for what.  When Darrel arrived at the given address in Lima, there were several law enforcement officers present, including Allen County Sheriff Samuel Crish.  Darrel was arrested and charged with Soliciting Prostitution, Ohio Revised Code §2907.24(A)(1), a third degree misdemeanor, Lima Municipal Court Case No.  15 CRB 02285.

After Darrel's arrest, Sheriff Crish started showing up at Darrel's body shop unannounced and hanging out for a while.  Darrel had no prior relationship with the Sheriff at all.  On the third or fourth visit, Crish asked Darrel for a $7,000.00 loan.  He claimed he needed the money because of campaign debts secured by his business.  Darrel said he would have to discuss it with his wife, which he did.  She disapproved but acquiesced.  Two days later, on 25 September 2015, Darrel gave Crish a personal check for $7,000.00, which Crish immediately cashed.  Crish made at least one other attempt to secure an additional loan from Darrel, which Darrel declined.

Darrel's solicitation case proceeded normally through the Lima Municipal Court system. The docket shows that Darrel defended despite the $7,000.00 loan[1].  Darrel's lawyer filed a

---

[1] Lima Municipal Court Case No. 2015 CRB 02285; docket accessed at https://connection.limamunicipalcourt.org/awc/Court/View.aspx?option=Docket on 12/30/2021.

discovery demand and a subsequent motion to compel discovery, a motion to suppress, a demand

for a jury trial, and participated in several pretrial conferences over a span of almost six months.

During all of this, Darrel never sought out Crish to ask him about the case.  Crish showed up at

one pretrial in November demanding that Darrel's case be dismissed, but nothing came of it then.

Darrel's case was dismissed two months later on 19 February 2016.

In March of 2016, Darrel was interviewed by the FBI in connection with an investigation

targeting Crish.  During the interview, Darrel recalled how Crish approached him, the payment of

the money, how Crish asked for money another time, and that the loan remained unpaid.  He

denied providing the money to secure a dismissal, and told the agents the case was dismissed

because the City "had no case."  The agents asked him about his use of Backpage.com and

prostitution.  Darrel lied about his familiarity with Backpage.com and similar sites.  A forensic

report of Darrel's phone taken in the solicitation case revealed considerable familiarity.

On 13 June 2018, Samuel Crish was indicted in this Court (Case No. 3:18 CR 304, Doc.

1).  Count 3 of that indictment charged Crish with soliciting a bribe of $7,000.00 from "Person

3."  "Person 3" is Mr. Kistler.  On 4 March 2019, Crish pled guilty to Count 3 and other counts,

including Hobbs Act Extortion, and on 26 September 2019, was sentenced to 136 months in

prison (Case No. 3:18 CR 304, Doc 30).

Sixteen months later, Darrel was indicted for conspiring with Crish to facilitate the

$7,000.00 payment; for corruptly offering Crish $7,000.00 with the intent to influence him; and

for making false statements to the FBI regarding Backpage.com, his knowledge of its relationship

to prostitution, and his motives on 19 August 2015 and 25 September 2015.  Darrel ultimately

pled guilty to a superseding Information charging him with aiding and abetting Crish in corruptly

receiving the $7,000.00 with the intent to influence him in connection with the business of the Allen County Sheriff's Office.  It is this offense for which Darrel is to be sentenced on 6 January 2022.

There is certainly evidence in the record to suggest a question whether Darrel was a partner in bribery or the victim of a shake down.  Crish, with whom Darrel had no past relationship, approached Darrel after his arrest, inserted himself into Darrel's life, suggested an amount and obtained money from him in the form of a personal check, all while Darrel's charges brought by Crish's office were pending.  Darrel never sought out Crish regarding his case, and his lawyer defended as if no fix was in.  As a side note, Darrel's statement to the FBI that his lawyer said his case was dismissed because the City had no case is borne out by the discovery disclosures here since the disclosed evidence fails to connect an act of sexual conduct to the communications between Darrel and Erica.  See, O.R.C. §2907.24(A).  The aggressive defense showed this deficiency.

Regardless of the answer to the question, these facts must take a back seat to the primary fact that our society reasonably demands and requires that an adult know better than to give $7,000 to a policeman who is prosecuting you, no matter what the circumstances. There are no circumstances to justify this conduct. Lying to the FBI about something so easily proven compounds the error. This is true in all circumstances, and Darrel knows it and accepts responsibility for it.  He is not minimizing his conduct by contrasting it with Crish.  He knew better, and he did it anyway.

## History and Characteristics of Darrel Kistler

The behavior detailed above is balanced against a lifetime of never being in any kind of trouble at all.  The Pre-Sentence Report accurately details Darrel's personal and professional achievements built on a vocational school education.  In matters involving cars and running a successful small business, Darrel is well versed and experienced. In other matters, he is not so sophisticated.  His devotion to his wife is well established. He has raised successful and well adjusted children.  His contributions to the Lima community are detailed in the attached letters of support.  It is beyond impressive.  Mr. Kistler's history and characteristics outside of the crime merit considerable mitigating weight.

## Applicability of U.S.S.G. 5H1.6

The plea agreement provides for a two level reduction in the offense level because of Mr. Kistler's family responsibilities (Doc. 48, Page ID#: 149).  The Pre-Sentence Report does not include this departure in its guideline calculation, but identifies it as a factor that may warrant a departure or a sentence outside of the advisory guideline range, U.S.S.G. §5H1.6 (Doc. 50, Page ID#: 183-184, 192).  The Court is already aware of Darrel's wife's condition, diagnosis, and prognosis (Doc. 42).  Her condition has not improved and is detailed in the attached letter from Dr. Brian Slomovitz M.D. She requires constant care and transportation to and from treatment appointments, all of which is provided solely by Darrel.

U.S.S.G. §5H1.6 is a Policy Statement that says family responsibilities and hardship due to incarceration are not ordinarily relevant in determining whether a departure may be warranted. However, exceptions are acknowledged.  The Application Note to U.S.S.G. §5H1.6 provides:

**§5H1.6.  Family Ties and Responsibilities (Policy Statement)**

-5-

.   .   .

**Commentary**

**Application Note:**

1. **Circumstances to Consider.--**

   (A) **In General.**– In determining whether a departure is warranted under this policy statement, the court shall consider the following non-exhaustive list of circumstances:

   (i) The seriousness of the offense.

   (ii) The involvement in the offense, if any, of members of the defendant's family.

   (iii) The danger, if any, to members of the defendant's family as a result of the offense.

   (B) **Departures Based on Loss of Caretaking or Financial Support.**– A departure under this policy statement based on the loss of caretaking or financial support of the defendant's family requires, in addition to the court's consideration of the non-exhaustive list of circumstances in subdivision (A), the presence of the following circumstances:

   (i) The defendant's service of a sentence within the applicable guideline range will cause a substantial, direct, and specific loss of essential caretaking, or essential financial support, to the defendant's family.

   (ii) The loss of caretaking or financial support substantially exceeds the harm ordinarily incident to incarceration for a similarly situated defendant.  For example, the fact that the defendant's family might incur some degree of financial hardship or suffer to some extent from the absence of a parent through incarceration is not in itself sufficient as a basis for departure because such hardship or suffering is of a sort ordinarily incident to incarceration.

   (iii) The loss of caretaking or financial support is one for

which no effective remedial or ameliorative programs reasonably are available, making the defendant's caretaking or financial support irreplaceable to the defendant's family.

        (iv) The departure effectively will address the loss of caretaking or financial support.

All of these factors favor application of the departure. The offense is a Class C felony, involves no members of Mr. Kistler's family, and poses no danger to them. The loss of Mr. Kistler as her sole caretaker would devastate Mrs. Kistler. Her attached letter provides the best insight. It has been the two of them battling cancer together since day one. A new caretaker at this point in her treatment is probably detrimental. She needs him now more than ever. The loss of caretaking support here far exceeds the harm normally attendant to incarceration. Both the Government and Mr. Kistler believe the departure is warranted and urge the Court to apply it.

### Type of Sentence Available

The guideline calculation in the plea agreement provides for a final offense level of 13. Mr. Kistler is a Criminal History Category I. This yields a guideline range of 12-18 months in Zone C of the Sentencing Table. U.S.S.G. §5C1.1(d) provides parameters for sentencing for Zone C offenses:

**§5C1.1.  Imposition of a Term of Imprisonment**

.  .  .

(d) If the applicable guideline range is in Zone C of the Sentencing Table, the minimum term may be satisfied by –

        (1) a sentence of imprisonment; or

(2) a sentence of imprisonment that includes a term of supervised release with a condition that substitutes community confinement or home detention according to the schedule in subsection (e), provided that at least one-half of the minimum term is satisfied by imprisonment.

.   .   .

Comment 7 of the Application Notes to U.S.S.G. §5C1.1 provides a mechanism for Zone

C offenders to be sentenced from the sentencing options available to Zone B offenders:

### §5C1.1.  Imposition of a Term of Imprisonment

.   .   .

**Commentary**

**Application Notes:**

.   .   .

7.  There may be cases which a departure from the sentencing options authorized for Zone C of the Sentencing Table (under which at least half of the minimum term must be satisfied by imprisonment) to the sentencing options authorized for Zone B of the Sentencing Table (under which all or most of the minimum term may be satisfied by intermittent confinement, community confinement, or home detention instead of imprisonment) is appropriate to accomplish a specific treatment purpose.  Such a departure should be considered only in cases where the court finds that (A) the defendant is an abuser of narcotics, other controlled substances, or alcohol, or suffers from a significant mental illness, and (B) the defendant's criminality is related to the treatment problem to be addressed.

In determining whether such a departure is appropriate, the court should consider, among other things, (1) the likelihood that completion of the treatment program will successfully address the treatment problem, thereby reducing the risk to the public from further crimes of the defendant, and (2) whether imposition of less imprisonment than required by Zone C will increase the risk to the public from further crimes of the defendant.

-8-

.   .   .

Mr. Kistler contends the expanded sentencing options should be considered here.  He does not smoke, drink, do drugs, or gamble, but his lack of specific addiction, commendable in every other respect, should not disqualify him here.  Furthermore, discovery disclosures and case investigation reveal some disturbing behavior by Mr. Kistler that warrants professional evaluation and treatment.  Mr. Kistler's internet habits are the direct cause of his criminal conduct.  Addressing this issue with a professional reduces the already low likelihood of future offenses.

Respectfully Submitted,

/s/  David Klucas
David Klucas
Attorney for Defendant Darrel Kistler

### Certification

This shall certify that a copy of the forgoing was sent this 31st day of December 2021 to all counsel of record via the Court's Electronic Filing System.

/s/ David Klucas
David Klucas

# Letters of Support

**From:  Beth & Darrel Kistler**
**Subject:  Darrel Kistler**
**Date:  December 29, 2021 at 12:34 AM**
**To:  David Klucas**



Honorable Jack Zouhary
United States District Court Judge
James M. Ashley and Thomas W. L. Ashley U.S. Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43604

December 28,2021

My name is Elizabeth Ann Kistler. I am a licensed cosmetologist and a certified phlebotomist and had worked with the public and local hospital for several years. I am Darrel's wife and the mother of our two children, Amanda Kristine and Joshua Ken. We will be celebrating 40 years of marriage on April 3, 2022. Darrel and I were high school sweethearts and married soon after graduating from high school.

Things I can say about Darrel are things I can say about myself, we are a team. First of all we love the Lord and want to serve him. It was and is very important to us that we raised our children in the church. Our faith and trust in the Lord is vital. We have 6 grandchildren and we have watched their parents bring them up in the nurture and admonition of the Lord as well.

There was a time I remember when a family friend of ours lost everything in a house fire and we gave them monetary help plus a room full of furniture.

For almost all of our 40 years of marriage we have supported our local church with our tithes and offerings and also supported several missionaries along the way.

Darrel has gone on several missions trips to Mexico, Virgin Islands and Montana. On those missions trips much of the work they done was build homes, pour concrete, repair churches and miscellaneous work. He has the heart for service and the desire to help people.

Another example was brought to our attention a couple years ago that a gentleman fighting mental illness needed to get help and counseling and without hesitation we made the decision to help him with that expense. Along with these few examples there are many more times we have been able to help others and we are very thankful the Lord has allowed us to be used to help them.

There is a gentleman that has influenced our lives for many years he is an ex marine named Daus Hempker. He suffered from a severe case of PTSD as well as a major injury from shrapnel in his aorta from an exploded IED. At that time he lost his entire company in that explosion. Darrel met Daus at the YMCA where Darrel noticed Daus was full of hatred, anger and lack of respect. Darrel approached Daus to see what his story was. Once he learned his story he reached out to help him physically, mentally and financially and over a period of months his attitude changed and he lost his anger and hatred for others. We were also present when Daus received a Purple Heart.

One last example is myself. I am fighting a rare cancer called Leiomyosarcoma and this battle has been going on for nearly three years. I have had several major surgeries, many chemo treatments and those continue on and I will be facing another major surgery in the very near future. Darrel has been with me every step of the way never leaving my side, never complaining and it has been a very difficult journey for both of us. I need Darrel's constant care and help daily. This cancer has taken a lot out of me and the fight continues. Darrel has been my rock through all of this. I don't know how I could make it without him. These are just a few examples of the kind of man he is.Thank you so very much for taking this time to read and allow me to share with you what is on my heart.

These last six years have been very difficult for our family. As this case continues on and my treatments continue on we look forward to the future with healing and closure.

Appreciatively,

Elizabeth Ann Kistler
752 North Wapak Road
Lima, Ohio 45807

Brian Slomovitz, M.D.

John A. Lancione
619 Linda Street
Suite 201
Rocky River, Ohio 44116

RE: Elizabeth Kistler

Dear Mr. Lancione,

Thank you for the opportunity to review this case.

Briefly, I am board certified in Obstetrics and Gynecology and Gynecologic Oncology by the American Board of Obstetrics and Gynecology. I am currently a Professor of Obstetrics and Gynecology at Florida International University. I am the Director of Gynecologic Oncology and co-chair of the Cancer Research Committee at Mount Sinai Medical Center in Miami Beach, Florida. I am also a member of the Board of Directors of the GOG Foundation which is the government supported cooperative research organization for gynecologic cancers. I am also the Uterine Cancer Trial Lead for the GOG Partners which is the industry supported arm of the GOG Foundation.

I completed medical school at University of Medicine and Dentistry of New Jersey – New Jersey Medical School (now part of Rutgers University). I then went on the complete internship and residency at New York Presbyterian Hospital – Weill Medical College of Cornell University. I completed my fellowship training at University of Texas, MD Anderson Cancer Center in Houston, TX. After fellowship, I was an Assistant Professor at Weill Medical College of Cornell University and an Attending at New York Presbyterian Hospital. I then became an Associate Professor at Mount Sinai Medical School in New York and I was Director of Research and Attending Gynecologic Oncologist at Atlantic Health – Morristown Medical Center in New Jersey. In 2014 I became Professor of Obstetrics and Gynecology at University of Miami where I was the Division Director of Gynecologic Oncology.

I have expertise in many areas including:
- Robotic surgery (over 1200 cases performed)
- Sentinel lymph node evaluation for gynecologic malignancies
- Uterine sarcoma
- Endometrial cancer
- Ovarian cancer
- Cervical Cancer
- Immunotherapy
- Clinical trials
- Prevention and early detection of gynecologic cancers

I have a busy clinical practice. The scope of my practice includes workup of patients with suspected or diagnosed gynecologic malignancies, surgical management of these cancers, chemotherapy administration, and long-term follow-up. In addition, I perform complex gynecological cases for benign conditions including fibroids and endometriosis. I teach residents and medical students and I was the fellowship director while at the University of Miami.

I have over 100 peer reviewed publications. I have lectured extensively nationally and internationally. I have won teaching, research and clinical excellence awards.

I am familiar with the standard of care applicable to the management of suspected uterine fibroids in post-menopausal women. I am qualified and I am prepared to offer a medical opinion whether or not there was any deviation from acceptable medical care in this case. I am also qualified to opine on clinical outcomes based on the care provided.

I reserve the right to change my opinions if new information become available.

**Documents reviewed:**
I am reviewing Ms. Elizabeth Kistler's case, I had access to her full available and medical record from Mercy Health, from Dr. Herrick's office, from Dr. Pere's office, and from Ohio State University. I also have reviewed the testimony from Dr. Tammy L. Herrick.

**Case Summary:**
The patient (EK) is a 56-year-old woman who was seen by Dr. Herrick since 2012. She had routine annual examinations with no significant findings until January 2019. She was noted to become menopausal in 2016.

In January 2019, she complained of pelvic pressure and pain for 3 months. Sonogram performed demonstrated a fibroid measuring 8.4x7.9x9.3 cm. The patient was dispositioned to a robotic hysterectomy and bilateral salpingo-oophorectomy that was scheduled for March 2019. Preoperatively, options were discussed with patient. There was no detailed description in the chart of what the alternatives were. Abdominal versus minimally invasive approach was not documented. The risk of malignancy was not discussed. The patient opted for surgery.

On March 12, 2019, the patient underwent a robotic assisted hysterectomy and bilateral salpingectomy. The uterus was bivalved and needed to be delivered in "piecemeal" in order to be removed vaginally.

The surgical pathology demonstrated a leiomyosarcoma.

She was referred to a gynecology oncology at Ohio State University for comprehensive care. Her treatment was extensive and included two radical surgeries and multiple rounds of chemotherapy. She currently has active persistent disease.

2

**Discussion**:

Uterine leiomyosarcomas make up only 2-4% of uterine cancers. The median age of diagnosis is 50 years old. Most are 5 cm or greater. The risk of malignancy in women undergoing surgery for a mass of the uterus is between 1/1000 and 1/352. Leiomyosarcomas are aggressive and associated with a very poor prognosis. Recurrence rates for all stages ranges 53-71%. Disease confined to the uterus the 5-year survival is 51% as opposed to distant disease which has a 0% of 5 year survival.

Uterine morcellation with a power morcellator was first cleared by the FDA in 1995. In 2013, the use of the power morcellator became scrutinized after a high-profile anesthesiologist from Boston was diagnosed with a morcellated leiomyosarcoma. In April of 2014, the FDA "discouraged" the use of power morcellators after a review of the literature. In July of 2014, the FDA issued a black box warning against the use of the morcellator.

Open (uncontained) morcellation of the uterus and myomas has been scrutinized because of the possible spread of an unsuspected leiomyosarcoma while using a power morcellator during a hysterectomy or myomectomy for presumed symptomatic uterine leiomyomas. In response, the U.S. Food and Drug Administration (FDA) issued a Safety Communication in November 2014 warning "against the use of laparoscopic power morcellators in the majority of women undergoing myomectomy or hysterectomy for treatment of fibroids[2]. In my opinion, it is not necessarily the use of "power" morcellator that portends a worse outcome. Rather, any uncontained morcellation, in my view, can spread occult disease. Since the black box warning, I have not morcellated the specimens form a hysterectomy or a myomectomy.

The ACOG guideline from 2017 clearly state that postmenopausal women with fibroids have a higher likelihood of malignancy. The surgeon is required to: 1. Evaluate as best as possible the likelihood for malignancy and 2. obtain an appropriate informed consent from the patient which includes a discussion of risks, benefits and alternatives to the planned procedure. Determining the likelihood of malignancy is difficult, even with appropriate clinical judgement. However, the risk of malignancy is at least 1-2% and the patient needs to understand this risk. In addition, the patient should be informed of the possible risk of disseminating an occult uterine malignancy by open morcellation, as well as the risk of disseminating benign uterine tissue.

A new onset of fibroid/pelvic mass in a post-menopausal women with rapid growth over 9 months that cause pelvic pain and pressure for the patient should have raised one's clinical suspicion for a leiomyosarcoma.

A review published by Wright and colleagues found that older women (50 or older) who underwent a morcellation were more likely to have an underlying cancer than younger women. This paper supported that if one was to morcellate, it should be limited to women younger than 50.

Park and colleagues reported on the impact of tumor morcellation on prognosis. They compared a group of women who did not have morcellate to a group whose tumors were morcellated. A multivariate analysis demonstrated that women who had morcellation had a shorter overall survival and a poorer prognosis. Morcellation was also associated with spread to the abdominal cavity (peritoneal spread).

3

In my expert opinion, 1. The hysterectomy performed was outside of acceptable care and 2. the fact that the uterus was morcellated will increase the likelihood that this patient will die from her disease.

In this case, Dr. Herrick did not discuss the risk of malignancy with Ms. Kistler. The patient did not have the ability to make an informed decision about the surgical approach. This is outside of the accepted standard of care. Dr. Herrick manually morcellated the LMS in an uncontained fashion. This was a deviation from standard of care.

In my expert opinion, morcellation not only upstages a patient with leiomyosarcoma, but it also increases the likelihood of recurrence and poorer overall survival.

Relative to the issue of prognosis as it relates to EK under the circumstances of this case I offer the following opinions to a reasonable degree of medical probability: 1. The multiple recurrences of new tumor (LMS) implants in EK's pelvis and abdomen are the direct result of the morcellation of her primary uterine LMS. 2. Had the uterus and tumor been removed en block these new tumor implants would not have occurred. 3. Had the uterus and tumor been removed en block EK would have enjoyed long-term disease-free survival. 4. It is more likely than not that EK will die as a result of Dr. Herrick's breaches of the standard of care.

Sincerely,

Brian Slomovitz, M.D.

4

## THE LAW FIRM OF
## FITZGERALD REESE & ELLIOTT Co.

ROBERT B. FITZGERALD
RICHARD T. REESE
ANGELA M. ELLIOTT
JEFFREY S. WILLIAMS

121 WEST HIGH STREET, SUITE 905
LIMA, OHIO 45801
PHONE: (419)-227-5858
FAX: (419)-227-4569
WEBSITE: www.lima-law.com

December 29, 2021

Honorable Jack Zouhary
United States District Court Judge
James A. Ashley and Thomas W.L. Ashley
U.S. Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43604

    *RE:   Darrel Kistler*

Dear Honorable Zouhary:

This letter is in reference to Mr. Darrel Kistler, who has a case currently pending in your Court. I have known Mr. Kistler for over ten years, both socially and professionally. I am a practicing attorney in Lima, Allen County, Ohio, having been licensed since 1981. I have been admitted to the U.S. District Court for the Northern District of Ohio since 1982. I have also been an acting Judge in Hardin County Municipal Court from 2007 to the present. I was admitted to practice before the United States Supreme Court in 2012.

Mr. Kistler approached me and asked that I write some type of letter of support on his behalf and I told him, without hesitation, that I would be happy to do so. When he advised me as to why he was before your Court, I was somewhat surprised that he would be in this position. However, being aware that Darrel is somewhat unsophisticated, I can see where he might be put into this position.

As I mentioned earlier, I have done some legal work for Darrel. Darrel is a successful business man owning a rather large business in Allen County, Ohio. While I cannot divulge details due to attorney/client privilege, I can assure you in my civil dealings on behalf of Darrel and his business, that if someone was going to come out on the short end of the stick, Darrel always made sure that it was him. He did not want to hurt someone else or take advantage of anyone regardless of the situation or monetary affect that it may have on him or his business. That is the type of person that Darrel is and it tells me a lot about his character.

Again, I have known Darrel for a long time. He has always been personable. He is a very religious person. I also know from talking about things with Darrel, and with other mutual friends, that Darrel has been assisting his wife in battling cancer for a number of years.

*Honorable Jack Zouhary*
*United States District Court Judge*
*December 29, 2021*
*Page 2 of 2*

While certainly none of these things operate as any type of excuse for Darrel's actions in this situation, I think the Court does need to know, other than this situation, what type of person Darrel is. I think this is something that is unlikely to ever happen again and would ask the Court to be as lenient as possible on him if for no other reason so that he is able to assist his wife in her dealings with cancer.

Respectfully,

**THE LAW FIRM OF FITZGERALD,**
**REESE & ELLIOTT CO.**

Richard T. Reese

RTR:aew



216 E. Wayne Street · Lima, Ohio 45801
419-224-6961 · www.limamission.org

December 29, 2021

Honorable Jack Zouhary
United States District Court Judge
James M. Ashley and Thomas W.L. Ashley U.S. Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43604

Dear Judge Zouhary,

I am Chuck Ferguson, executive director of the Lima Rescue Mission. The Lima Rescue Mission is a homeless shelter for men and has been in operation in Lima since 1906. I am writing this letter of recommendation at the request of my friend Darrel Kistler.  I started attending the church that he was already established in and for a while I did not know who he was but eventually our paths crossed. When he realized that I was from the Mission he related the story of how his father was one of the volunteers  conducting the evening chapel services on a regular basis many years ago. At that time he began donating money to our Mission and has given personally and through his businesses  and has been a sponsor for our fund raising banquets.  He has been a very generous donor in the past few years. I have visited him at his business and have talked with him about the Mission, concern for his wife's health issues and his car collection etc.  In my contacts with him through church and outside the church, I have not seen any moral missteps or issues of concern that would have me question his honesty and integrity. I am thankful to know Darrel as a friend and a regular contributor to our 501(c)(3) charitable organization.  Thank you for your attention to this letter on Darrel's behalf as you consider sentencing.

Sincerely,

Chuck Ferguson

Honorable Jack Zouhary
United States District Court Judge
James M. Ashley and Thomas W.L. Ashley U.S. Courthouse
1716 Spielbusch Avenue
Toledo, Ohio  43604

December 27, 2021

Honorable Jack Zouhary,

My name is Sheila (Kistler) Poppe.  I am Darrel's younger sister.  I can say I have
known him all my life.  We are three and half years apart.  I grew up following him
around everywhere he would go.  We lived near Ottawa river, better known as
Hog Creek here in Lima.  These are my earliest memories of Darrel.  He taught
me to fish and how to get the big night crawlers (worms) for bait, we would water
the ground real good.   I even learned to crawdad hunt and pick them up without
getting pinched.  I even got to play as an extra on his team when the neighbor
kids got together for a game.   We had a lot of good times growing up together.
Darrel always looked after me, car trouble to boy trouble.  He was there.  He met
his wife, Beth, they were married and started a family right away.  He also started
his auto rebuilding business at this time.   I finished high school and went to
college, so our paths went different ways for a while.

Darrel worked for years at his body shop business and in 1990 he had the
opportunity to  purchase a local used auto parts business named, Kenny's Auto
Wrecking.  His wife was busy caring for their family and he needed someone to
care for the office side of things in this new business.  It was then he and his wife
asked me to come work for them.  That was in May of 1990.  It has been nearly
32 years we have worked together.  Darrel has been my brother first and my
boss second.  Yes I have been compensated for my work, but our family
relationship is bigger than our work relationship. My family was important to
Darrel.  Working for Darrel allowed me to take the time I needed for my family.  I
could come and go as I needed.  I was able to be a part of my parents' aging
needs  as well as my husband's parents' aging needs.  Darrel never once
complained about what was done or not done with my job responsibilities.  In the
ten years before I had children, his business had really grown.  My position had
became a daily requirement.  I had a set of twins in 2001.  Darrel allowed me to

work from home.  I would come in on Wednesday afternoon to drop off and pick up the new work.  This was stressful for him.  He never complained to me because he knew I needed the work.  This was his way of supporting me and my family.  He also surprised me with a mini van to replace the little station wagon I was driving.

Over the years he has shown in his actions, love, concern, support, commitment, sympathy and compassion to his family, friends, and sometimes even people he has met casually.

Darrel lived next to our parents.  Our dad suffered from multiple heart attacks and a couple of strokes.  Darrel was always there as the first responder.  The strokes being the worst.  Dad had a major stroke on the lawn mower.  Darrel was there for mom.  He carried him to the car and got them to the hospital.  This stroke left him unable to use his left side.   A year or so later our mother passed away and dad went to live with our older sister.  The siblings would take turns going and staying with dad.  Dad stayed on a ground level where only a shower was available.   Dad always was a bathtub person.  Darrel took it upon himself to carry dad up the stairs, put him in the tub, lift him out and carry him back downstairs again. Before dad was housebound, Darrel would take dad on the bigger road trips to pick up vehicles.  It was a way to keep dad active and dad cherished these trips.

Our oldest brother, Stan.  His health was not very good as he aged.  He passed away at 65 years of age.  His financial situation was not the greatest.  Darrel would have me send him money when he knew there was a need.  In our brother's last years, Darrel provided him and his wife a car along with helping with the repairs.  Still today he sends $100.00 a month for our sister-in-law, Karens, needs.  Our brother Duane passed away at 50 years of age.  Duane and his wife had moved to Florida about 6 months prior to his passing.  He had a ruptured aorta.  He was in the hospital for several weeks.  Darrel along with my other brothers loaded up and took off to Florida to help Deb.  There was some financial need that he helped with.   I believe he stayed a couple weeks longer than my other brothers could.   Just be there for Deb.

We were raised in church.  Our dad was a minister.  Helping pastors, lay people, missionaries,  and church attendees was something that was just part of our life.

Darrel carried this lesson over in his own life.  Darrel being in the car business was a way he could help many people.  Both by monetary gifts, vehicles, vehicle parts and repairs.  Darrel gives regularly to his church.  He gives to the local men's home and to the Allen County Veterans Foundations.  I know this because I write the checks.  He was long time friends with Pastor Cannon, a minister from the Lima area.  Darrel would help him purchase his cars at no gain to himself. When this pastor or missionaries came back on sabbatical, Darrel would provide vehicles for them to drive.  I have watched this routine for over 30 years.  I personally felt that some took advantage of his generosity, but Darrel was ok with it.

I have one more thing to share with you.  Darrel met a young man at the local YMCA.  I don't remember his name.  However, he was a veteran that was deployed to the Middle East, Iraq war era.  He was no longer in the military but was suffering from the effects of his service time.  I believe both mentally and physically.  What I recall is he did not have any family support.  He was down and out.  Darrel struck up a friendship with him.  There was an empty house on the business property that was a rental home at one  time.  The plans were to tear it down.  The next thing I knew, this man moved in,  rent free and the utilities were in the business name.  Darrel also furnished him a car to get around to his medical appointments.  This went on for several months.  The man received a scholarship to Ohio Northern University so at this time he moved on.  I believe this man's life was changed because Darrel had a tender heart.

I don't understand how Darrel got mixed up in this.  I am proud to be Darrel's sister.  I sincerely ask that you look at his whole life and not just this one dark chapter.  Thank you for the opportunity to speak for him.

*Sheila Poppe*

Sheila Poppe
6700 Lock Two Road
New Bremen OH  45869
567-204-8148

December 22, 2021


Mr. Lynn D. Mohler
2700 Whippoorwill Ave.
Elida, Ohio 45807


Honorable Jack Zouhary
United States District Court Judge
James M. Ashley and Thomas W.L. Ashley U.S .Courthouse
1716 Spielbusch Ave.
Toledo, Ohio 43604

Honorable Jack Zouhary:

Let me introduce myself. My name is Mr. Lynn D. Mohler.  I live in Elida,Ohio.  I am 77 years old and spent most of my life in the field of education.  I earned a Bachelor of Education Degree from Ohio Northern University "66 and a Master Degree in School Administration from Wright State '73.  I have worked in public and private education.  While retired I have worked for Sinclair Community College as an Adjunct Professor at Allen-Oakwood Correctional Institution in Lima. I am an American Township Trustee holding that position for 12 years and just recently re-elected to another 4 year term.

I am writing this letter in support of Darrel Kistler.  I have known Darrel for more than 30 years. I first met Darrel and his wife Beth when they enrolled their daughter in elementary school, which I was the acting Administrator.

Darrel is a respected businessman in the area and always displayed the highest integrity and honesty when dealing with individuals.  A few years ago Darrel felt a moral obligation to intervene with a circumstance in my personal life.  Without my knowledge Darrel addressed an issue with a party, who had reneged on a contract with me.  Due to his support and diligence the party agreed to honor the contract.  I appreciate his willingness to help me in resolving this conflict.

Sincerely,

Mr. Lynn D. Mohler
2700 Whppoorwill Ave.
Elida, Ohio 45807
lynndon60@gmail.com
419.236.8460







**Sales • Service • Parts • Body Shop**
2200 N. Cable Rd. • Lima, Ohio 45807
Phone (419) 993-6000 • Fax (419) 993-6118

MAILING ADDRESS
P.O. Box 1649 Lima, Ohio 45802

limaautomall.com

December 30, 2021

Honorable Jack Zouhary
United States District Court Judge
James M. Ashley and Thomas W.L. Ashley Courthouse
1716 Spielbusch Avenue
Toledo, OH  43604

Honorable Jack Zouhary,

My name is Rodger McClain.  I am Vice President of the Lima Auto Mall, in Lima, Ohio.  We sell new Cadillacs and Chevrolets and also used cars and trucks.  This company has been in business in Lima for over 100 years and I have been employed by the company for 48 years. I am 76 years old and was born and raised in Lima.

I am writing this letter in regard to my personal and business dealings with Darrel Kistler.  I've known Darrel for 30+ years.  My daughter was a friend of Darrel's wife and graduated with her from Bath High School in 1983.

I met Darrel as a car buyer and re-builder of wrecked cars.  He grew Kenny's Auto Wrecking to one of the largest wrecking yards in Lima.  He is a very hard worker and honest in any dealings that I personally, or our dealership has had with him.  He employs a large number of people at his business. They tear down totaled vehicles for parts sales and also rebuild non-totaled cars and trucks for resale from his car lot.

One personal experience with Darrel was when I found a wrecked motorcycle and could not buy it with out a salvage buyers license.  I asked Darrel for assistance and he was willing to help me out.  When I asked what I owed he said "nothing, it's my donation to your project!"  I was willing to pay him a profit, but he refused to take anything.

Darrel and his business are an asset to our community, in my opinion.  He has spoken with me and is very remorseful for the situation that he got involved with, in regard to his family, friends and employees,

Sincerely,

Rodger McClain
Vice President
Lima Auto Mall

# THE LANCIONE LAW FIRM

619 Linda Street • Suite 201 • Rocky River, Ohio 44116
Telephone: 440-331-6100 | Fax: 440-331-6101 | jal@lancionelaw.com | lancionelaw.com

December 22, 2021

The Honorable Jack Zouhary
United States District Court Judge
James M. Ashley and Thomas W.L. Ashley U.S. Courthouse
1716 Spielbusch Avenue
Toledo, Ohio  43604

Dear Judge Zouhary:

I represent Darryl Kistler and his wife Elizabeth in a medical negligence case currently pending in the Court of Common Pleas, Allen County, Ohio. The case arises from a minimally invasive gynecologic surgery performed on Elizabeth on March 12, 2019. I have attached the expert report of Brian Slomovitz, M.D. that sets forth the factual allegations and opinion regarding Elizabeth's prognosis.

I have come to know Darryl very well over the last eighteen months. I have spent many hours with Darryl and Elizabeth in meetings about the case, for their depositions and Elizabeth's perpetuation deposition. I have shared dinner with them twice at their family table. I have met and spent time with their adult children Joshua and Amanda.

First and foremost, Darryl is a family man. The love he has for Elizabeth, Joshua and Amanda is demonstrated through their interactions. They greet each other with hugs and kisses and say their good-byes with hugs and "I love you".

Darryl has been Elizabeth's personal care assistant since her cancer diagnosis. They have traveled together to The James Cancer Hospital at Ohio State University many times for Elizabeth's surgeries and chemotherapy treatments. Darryl stays in hotels in Columbus while Elizabeth is hospitalized for her surgeries and cancer treatments.

Darryl has been upfront with me about his situation before your Court. He regrets his actions and accepts responsibility for them.

Elizabeth has many dark days ahead of her. They will be a little less dark because of the loving care Darryl will provide to her.

Very truly yours,

John A. Lancione

JAL:jam

The Ayers Incorporated Photography Studio
Michael J. Ayers, MPA, President
2477 Breezewood Lane, Lima, OH 45805-3862
Office: 419-236-8418   Cell: 419-236-8418


Honorable Jack Zouhary
United States District Court Judge
James M. Ashley and Thomas W.L. Ashley Courthouse
1716 Spielbusch Avenue
Toledo, OH 43604

December 27, 2021


RE: Darrel Kistler


It is my honor to discuss a family friend of three decades: Darrel Kistler.  Of course, I'm sure many others will mention that Darrel is a great family man, devoted husband to his lovely wife Beth (who is courageously fighting life-threatening cancer), loving grandfather to six grandchildren, and a God-fearing Christian who wears his faith on his sleeve.  I first met Darrel through my father, who was an automobile insurance appraiser, dealing with Darrel's company: Kenny's Auto Wrecking.  My father was known to be an honest and fair appraiser, and therefore wished to only deal with businesses that he could trust— Darrel was one of the good guys.

Over the years, running my photography studio, I have photographed Darrel and Beth's extended family numerous times, including weddings for their children.  And because our own family has needed reliable and economic transportation on a number of occasions, we have purchased rebuilt cars from Darrel's company, knowing that they were always inspected, safe, and warranted against problems (and Darrel stands behind them!).  But 8 years ago, my son developed a life-threatening tumor in his left ear— it required an enormous amount of my time away from the studio for all of his hospital appointments.  My wife and I had the brilliant idea to sell some family portrait gift certificates, so we could still make our house payments, and concentrate on our son's recovery.  Darrel Kistler was the first one to buy a family portrait certificate.

It is with this spirit of giving that I wish to address Darrel's demeanor:  he freely gives to and helps his fellow man, out of Christian principle.  I have no reservations in stating that Darrel was willing to help our former Sheriff in his time of need, albeit that it was not a legal act.  Darrel is a giver and contributor to our region— our community is a better place due to him and his family living here.  And if he broke the law, he's the kind of man that will admit that it was wrong.  The bottom line is that Darrel, first and foremost, wants to help others. "Love your neighbor as yourself" is the mantra that guides Darrel.  Thanks for allowing me to share my thoughts about a true friend.

Respectfully,

Michael J. Ayers

Lima, Ohio

MAIL.BUCKEYE-EXPRESS.COM  -  DAVID KLUCAS  <DAVEK@BUCKEYE-ACCESS.COM>

## LETTER FOR DARREL KISTLER

**Amanda Pitson**

12/29/2021 11:01 PM

From    Amanda Pitson

To

To the Honorable Jack Zouhary,

Thank you for taking the time to read my letter.  Let me introduce myself.  My name is Amanda Pitson and I am Darrel Kistler's oldest and only daughter.  I am 38 years old, married for 16 years and my husband and we have 3 wonderful children together.  Our oldest son Ethan, made my father promote to grandpa, or pawpaw.  He is a wonderful father and grandfather in our eyes.   Of course not perfect but leads with a heart of gold and loves his family whole hearted and gives so much of his time and truly expects nothing in return.  I will share some examples below.

Let me start by saying, I didnt think I would ever be asked to write a letter as such for something like this that he has admitted to. Does it change my love for him or how I feel or think of him? The answer is No. If anything it makes me love him more.  Because I know the burden he is carrying has caused him much stress and pain for the pain he has caused us.   We live in a world that is far from perfect. Where we all mess up and make mistakes.  Some worse than others. My father has carried much shame and regret for his actions and I know from the brief talks about this situation, he is ashamed,  he is very sorry for what he has done and carries a heavy burden. He carries the burden for what my mother has been facing and dealt the last 3 years.

My mother has been battling a rare cancer for the last 3 years. Its been horrible to watch her suffer and battle this. She needs him during this difficult time and we need him!  In return my dad, Darrel, has shared with me, that he feels the pain and stress on my mom from his situation has been the cause of her cancer.  We cannot prove this,  but the timing is accurate and understandable to carry that feeling.  I don't know that I believe God would allow this to happen to punish someone for their actions, but maybe to use it to get our attention.  But I believe if my dad could take this from my mom he would in a heartbeat.  He would carry the burdens of any of us if it made life a little easier. I think God allows things to happen, the pain of watching her suffer has been unbearable on him.  He stays strong for her! He is with her at all her appts, which there have been many. Takes care of her after her surgeries and has always been a constant support.

My father was raised in a God fearing Christian home, as was I.  Truly I do not understand what my father was thinking when he did what he did.  But thank goodness for forgivness and 2nd chances.  I cant think of any other times where my dad has ever been charged or been involved in something illegal.  I can how ever recall many times where he has given of his time, and money to help others in need.  The list is long and I know I do not even know the most of it.  God says, "To whom much is given, much is required".  My father has been blessed with much, and I know he has given back to the homeless, the shelters and anyone he sees struggling.  He is patient and always willing to lend a helping hand.  It is not uncommon to see him take a bag of food to someone hungry on the streets, donate much to charity, or even allow someone that owes him money to wait till the next month on their car payment, and instead go buy them groceries to help them just ease the stress on their

budget that month.  I remember when I was little living at home, my father went on many missions trips to other countries. Giving of his time and helping do whatever he could to give others a better chance at life.

He has personally helped my husband and I recently get my husband to a medical facility in Nashville for treatment of Lyme disease.  My husband has suffered from Lyme Disease for over 6 years.  We could afford the treatment on our own, but he insisted we accept the gift, no strings attached because they wanted to be a part of seeing my husband get better. It is hard for me to accept financial help and he knows that I like to do things on my own.  But it made his heart happy to help and we were very grateful.  My father is a shoulder to lean on, just a phone call away no matter what the time.  As a young family when my husband had cardiac arrest, my dad was always there to help me where my husband was unable.  Even still at 38 I need him more than he will probably ever realize.

Life is short, thank goodness for 2nd chances and forgiveness. I've been given much grace in my short life and I ask you to consider grace for my father. As we are already in a touch phase of life with my mother facing this aggressive cancer, and myself trying to raise 3 children with a husband that is suffering from a difficult to treat disease as well.  My dad is the rock that holds us all together and if anything were to happen to him, the additional stress it would cause would be great. Whatever your decision we will respect and I know my father will take the responsibility for his actions. Thank you again for taking the time to read this.

Sincerely,
Amanda Pitson

Jeff Cary
Cary Insurance
701 St. Andrews Blvd.
Lima, OH 45804


Honorable Jack Zouhary
United States District Court Judge
James M. Ashley and Thomas W. L. Ashley U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43604

Dear Judge Zouhary,

This is a letter of support for Darrel Kistler. This is Jeff Cary. I have been in the
life insurance and annuity business for over forty years, mostly in the Lima, OH
area. I have known Darrel for over twenty years. Thru the years, I have purchased
four vehicles, personally, from Darrel and one vehicle for my fiancé. Each time
Darrel was honest and upright in our dealings with each purchase. There are
multiple car dealerships and other vehicle outlets in this area, but I have always
chosen to do business with Darrel, because of the way he has treated me. On two
separate occasions, I had tires blow out and needed towed. Darrel himself, brought
his tow truck and towed me to his lot and fixed my issues. What did Darrel charge
me for this service? He asked me to buy him lunch. Darrel shows his concern for
his friends in his actions, qualities that most people do not show in todays world.
Darrel has shown his integrity and true friendship to me quite a few times.

In years past, I was involved in numerous fund raisers, especially for the football
team for the high school Darrel and I both graduated. Each and every time I would
ask Darrel for some financial support, for the fundraiser, he would always
contribute financially more than was asked. Darrel is also known throughout the
community for his charitable contributions to his church.

I have had the pleasure to play golf many times with Darrel. During one of our
rounds, Darrel discussed in great length the issue he had with the former sheriff in
Allen County and his pending legal troubles. Emotionally, Darrel broke down
telling me what he had done and how much he regretted his involvement in the

offense he was charged. Darrel was very sincere and forthright with me in telling me how he made this mistake. Very honest and truthful.

Darrel Kistler is someone I am very proud to call a dear, true and valued friend. This has been the case for over twenty years and will continue for many years to come.


Sincerely,

Jeff Cary

12-21-21

HONORABLE JACK ZOYHARY
U.S. DISTRICT COURT JUDGE
JAMES M. ASHLEY AND Thomas W. L. ASHLEY
U.S. COURTHOUSE
1716 SPIELBUSCH AVENUE
TOLEDO, Ohio 43604

Your Honor my NAME is Dick JENKINS, 1895. FRAUNFELTER
ELIDA, Ohio 45807. I AM A RETIRED AUTOMOBILE DEALER, HAVING
SPENT 35 YEARS IN The BUSINESS. I HAVE KNOWN MR. DARREl
KISTLER APPROXIMANTELY 36 YEARS. IN MY EARLY YEARS IN the
BUSINESS DARREL DID Body WORK FOR ME. HE WORKED FOR A
FRIEND FROM MY CHURCH. His WORK WAS ALWAYS, SEEMED LIKE,
BETTER than I EXPECTED ALWAYS going beyond my EXPECTATIONS
HE WAS MY KIND OF GUY, SO TO SPEAK. HE ALSO ATTENDED
OUR CHURCH AND WAS Very INVOLVED IN THE YOUNG PEOPLES
ACTIVITIES, I REMEMBER ONE MISSIONARY TRIP WE TOOK TO
the Virgin ISLANDS, yes IT WAS IN the WINTER. WE ENJOYED going
AND getting WARM, of course. DARREL WAS SO helpful WITH
OTHERS WITH His SKILLS, SHOWING OTHERS THE HOW TOO, WE PUT the
STEEPLE BACK ON the CHURCH AFTER THE HURRICANE AT CHARO/lette
AMALIE IN St. Thomas. The PASTOR there sure APPRECIATED
his HELP WITH OTHERS ON THAT PROJECT. HE LED PRAYER FOR OUR
group SHOWING his love for OTHERS AND the LORD.
     DARREL is A UNBELLVEABLE FAMILY MAN, HE SURE SETS A
GREAT EXAMPLE FOR OTHERS TO FOLLOW. His FAMILY COMES FIRST
     All my BUSINESS DEALINGS WITH DARREL HAVE BEEN JUST WHAT
You WOULD EXPECT FOR A STRAIGHT SHOOTER, SO TO SPEAK.
MR. KISTLER IS A COMPASSIONATE giver, MORE THAN THE MONEY

He is always sharing his time. He just loves to help folks. Has a big heart. I remember one time we were going to pickup a car, and we stopped to eat a bite. A man begging outside touched his heart. After talking to him, He went inside and bought the man a good meal. I think thats who he is. A giver. So to speak.

I dont know if I could be so supportive as Darrel is with his wifes cancer. I sure applaud him in this situation. I pray my wife doesnt get this sick.

When someone is in need 'Ol Darrel is right there. More than folks know. I remember when a man we both knew got layed off, and Darrel stepped in for his rent. And then gave the young man a job at his salvage yard. The young man was sure happy someone helped him.

I love Darrel as a true friend, who will always seem to step up, to anyone in need. I know He gives alot to the Lima Mission.

I remember one time when I got realsick and Darrel stepped up to help my wife with things I needed to do at my business and I sure will never forget it.

Your Honor, this is just a few words about my friend Darrel Kistler, He has been a true friend. I'm not a scholar but I wanted to put down a few words in print about my friend. Thanks for your time and understanding



*Rev. Gary E. Hohman*
**Lima Baptist Temple**
982 Brower Road, Lima, OH 45801

Rev. Gary E. Hohman
982 Brower Road
Lima, Ohio  45801

The Honorable Jack Zouhary
1716 Spielbusch Avenue
Toledo, Ohio  43604

Dear Judge Zouhary,

I am writing on behalf of Darrel Kistler.  For thirty seven years, I have been at different times both an associate pastor and the senior pastor of the Lima Baptist Temple in Lima, Ohio  Over the past thirty years I have known Darrel as a friend and as a church member.  He has served as a trustee on our church board and has always fulfilled his duties with conscientiousness and integrity.  He has always generously supported our local church and mission projects.

Several times Darrel has, at inconvenient times of the day and night, come to my rescue when my car has broken down.  Other times he did not charge me for repairs he had made.  I know he has done that for others also.  I know of Darrel's work ethic at Kenny's Auto Wrecking having ridden with him several times to Myrtle Beach for golf trips.  Even on vacation, he was continually on his cell phone taking care of business transactions and helping people find the automobile parts for which they were searching.  (By the way, Darrel is an excellent golfer, and many times in the middle of his round, he would stop before hitting his shot to answer his business phone to help a customer before continuing his game.  That was frustrating for me who had to wait for the call to end, but it revealed Darrel's attitude toward helping others.)

I have spoken to Darrel about his present situation, and he has expressed to me how much he regrets what he has done.  In light of the excellent testimony he has both in the church and business community, he has been sincerely humbled by what has happened.

I trust this will give you an insight into my dealings with Darrel.  I consider him a close and trusted friend, and I hope that relationship continues for years to come.

Thank you for your consideration of my thoughts,

Rev. Gary E. Hohman

To The Honerable Jack Zouhary

Sir I have Known Darrel Kistler for over 40 years . We met at Church in Lima /Lima Baptist Temple . We went to Youth Group together for years ,Bible Studies, Missionary Trips to Mexico and St. Thomas Mostly to build or fix Storm Damage done by the Hurricanes ans Tornados . We grew together as a Family and our Families to this day have vacationed together. Most of the time in Gatlinburg, TN. or over in Holmes Counties . We have Shared many Great times together and losses of Family Members together . Darrel Has helped with the Lima Mission to get cloths and food for the Homeless tha are forced to go in as winter sets in. I have seen with my own 2 eyes Darrel take money right out of his own pocket to help a fellow that needed Gas money, food or a tow or transportation .

My family has purchased most every vehicle we have given to our kids from Darrel. Weather they needed a car for college or getting Married with a family growing. His Family has been there for us as well as many others . He has ran some very large Car shows for Cherity . We do lunch at least twice a week and I have seen him very weighed down with his wifes cancer Diagnosis and Treatments in Columbus , those are long days of treatment , Usually 5 days straight once a month till she regaines her streangth and it is usually topped off with a blood transfusion to keep levels up .

He is heavily involved with all of his children and grandchildren / basketball, soccer , baseball games and youth concerts Darrel keeps a pretty good face on for all that he has on his plate. I pray for strength thru all of this.

Thank you

for your time Sir

Robert High